# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 10-2698

_____

Juan Sagrero-Alcudia,           *
                                 *

         Petitioner,        *
                                 *  Petition for Review of
     v.                   *  an Order of the Board
                                 *  of Immigration Appeals.

Eric H. Holder, Jr., Attorney General  *
of the United States,           *  [UNPUBLISHED]
                                 *

         Respondent.     *

_____

Submitted:  January 5, 2011
Filed:  January 11, 2011

_____

Before WOLLMAN, MELLOY, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Mexican citizen Juan Sagrero-Alcudia petitions for review of an order of the Board of Immigration Appeals which affirmed an immigration judge's denial of his application for cancellation of removal.  We lack jurisdiction to review the discretionary determination that Sagrero-Alcudia failed to show his removal would result in exceptional and extremely unusual hardship to his United-States-citizen children.  See Zacarias-Velasquez v. Mukasey, 509 F.3d 429, 434 (8th Cir. 2007).  Accordingly, we dismiss the petition.

_____